**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RONALD SATISH EMRIT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-912-BAJ-RLB** |
| **ERIN BUMETT, ET AL.** | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report and Recommendations has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days from the date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on December 4, 2025.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RONALD SATISH EMRIT**                                                    **CIVIL ACTION**

**VERSUS**                                                                  **NO. 25-912-BAJ-RLB**

**ERIN BUMETT, ET AL.**

## REPORT AND RECOMMENDATION

This report and recommendation is issued *sua sponte.* This action was initiated on October 9, 2025 by Plaintiff Ronald Satish Emrit, a resident of Florida.[1] (R. Doc. 1). Plaintiff additionally filed a Motion to Proceed in forma pauperis. (R. Doc. 2).

Plaintiff has filed seven cases in this district this year.[2] Multiple cases have been dismissed as frivolous and others, while likely lacking in merit, had absolutely no connection to this district and were sua sponte transferred to another district for resolution. In one frivolous dismissal, the undersigned noted that plaintiff has acted in bad faith in "repeatedly filing hundreds of frivolous lawsuits." See 25-cv-297-JWD-RLB, R. Doc. 5. The Court further noted that Plaintiff has been warned by Courts in multiple districts that additional frivolous filings could prevent him from filings future Complaints without seeking leave of court.

In 25-cv-298, our district transferred plaintiff's case to the Middle District of Florida. Within days of transfer, the assigned magistrate judge recommended dismissal of the case, noting that "Plaintiff has been classified as a vexatious litigant and been prohibited from filing lawsuits in this District without first obtaining permission from a senior magistrate judge. His filing in Louisiana appears to be an attempt to contravene this Court's prohibition. See 8:25-cv-

---

[1] In other parts of the record, plaintiff claims that he a resident of both Nevada and Maryland. (R. Doc. 1 at 4).
[2] 25-cv-25, 25-cv-295, 25-cv-297, 25-cv-298, 25-cv-301, 25-cv-302, and 25-cv-912.

999-WFJ-NHA, M.D. Fla., R. Doc. 9. The district judge adopted the recommendation and dismissed the matter.

A review of this Court's records indicate that on October 17, 2025, in Civil Action No. 25-302-BAJ-EWD, Plaintiff was ordered to obtain leave of Court before filing any further Complaints. The Clerk of Court was further directed not to accept any further lawsuits from Plaintiff unless he has obtained permission to do so.

While the instant action was filed prior to the Court's Order directing Plaintiff to obtain leave of court to file further Complaints, like Plaintiff's previous filings, including the Complaint filed in Civil Action No. 25-302-BAJ-EWD, Plaintiff fails to state a claim for relief against any of the defendants and even if he did, his claims have no connection to this district and once again appear to be an effort to contravene the prohibition in the district where he resides.

The instant complaint alleges, among other things, that the Plaintiff is offended because Erin Burnett, a CNN reporter, referred to Steph Curry's daughter as "annoying" and that Steph Curry does not get enough credit being the greatest basketball player in the history of the NBA. Other defendants are included because they have either been on CNN, have a show on MSNBC, or have advertisements during these shows. Plaintiff also included U.S. Congresswoman Nancy Mace of South Carolina as the final defendant, with no further explanation.

The Court finds, like Plaintiff's previous Complaints filed in this district, that the claims alleged in the instant Complaint are frivolous, fail to state a claim and fail to allege a basis for the Court's subject matter jurisdiction.

**RECOMMENDATION**

**IT IS RECOMMENDED** that Plaintiff's Complaint be **DISMISSED** as frivolous.

**IT IS FURTHER RECOMMENDED** that the Application to Proceed in District Court Without Prepaying Fees or Costs, filed by Plaintiff Ronald Satish Emrit, be **DENIED**.

Signed in Baton Rouge, Louisiana, on December 4, 2025.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**