UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD SATISH EMRIT                                      CIVIL ACTION

VERSUS

ERIN BUMETT, ET AL.                                      NO. 25-00912-BAJ-RLB

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 3, the "Report")**, prepared *sua sponte* based on the screening required by 28 U.S.C. § 1915A and permitted by 28 U.S.C. § 1915(e). The Report recommends that the Court dismiss the case with prejudice on the Court's own motion pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because it is frivolous, fails to state a claim, and fails to allege a basis for the Court's subject matter jurisdiction. (*Id.* at 3–4). There are no objections to the Report.

Having carefully reviewed Plaintiff's Complaint (Doc. 1) and the Report (Doc. 3), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Complaint (Doc. 1), and all claims therein, be and are hereby **DISMISSED WITH PREJUDICE** as frivolous on the Court's own motion pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Leave to amend is not warranted because it would be futile.

**IT IS FURTHER ORDERED** that the Application to Proceed in District

Court Without Prepaying Fees Or Costs (Doc. 2) be and is hereby **DENIED t**o prevent Plaintiff from flagrantly abusing the judicial process.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of the Magistrate Judge's Report (Doc. 3) and this Order to Plaintiff Emrit by regular and by certified mail to his address of record on PACER.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 22nd day of December, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**